UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



BENJAMIN LEE (#114229)

VERSUS

SGT. JOHNNY WEST, ET AL

CIVIL ACTION

NO. 09-65-C

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated September 16, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendants' motion for summary judgment is denied.

Baton Rouge, Louisiana, October 26, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA